

# THE ATTORNEY GENERAL
## OF TEXAS

OPINION # O-6896 WAS NEVER ISSUED OR

WAS WITHDRAWN.